AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

___Western___ DISTRICT OF ___Massachusetts___

FILED
IN CLERK'S OFFICE

Jeneta Kelly, Plaintiff
By Her Guardian and next friend,
Gensie Kwame

2005 JUN -6 P 12: 36

**SUMMONS IN A CIVIL CASE**

V.

Daytona Fun Park
G & R Go CArt
Rusty Bertholet, Defendant's

CASE NUMBER: 05-30091 KPN

TO: (Name and address of defendant)

Rusty Bertholet
48 Lucerne Ave
Laconia, NH 03246

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Greg T. Schubert
Counsellor At Law
1365 MAin Street
Springfield, MA 01103

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**SARAH A. THORNTON**

_April 20, 2005_

CLERK _Mary Finn_
(BY) DEPUTY CLERK        DATE

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____
          Date                    Signature of Server

                                  Address of Server

I, Michael D. Chefitz, attorney for Dayton Fun Park GLR do [hereby] accept service of process on its behalf. /s/ MDC
Michael D. Chefitz    6/2/05

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.