UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

WESTERN DIV.                                CIVIL ACTION # 05-30091-KPN

| | |
|---|---|
| JENETA KELLY, Plaintiff )<br>By her Guardian and next Friend, )<br>GENSIE KWAME, )<br>)<br>v. )<br>)<br>DAYTONA FUN PARK )<br>G & R GO CART, )<br>RUSTY BERTHOLET, Defendants ) | |

### Rule 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned, Greg T. Schubert, counsel for the plaintiff, and Gensie Kwame, the Guardian and next friend, hereby affirm that they have conferred: (a) with a costs associated with the matter and (b) to consider the resolution of litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

Respectfully submitted,

_/s/ Greg T. Schubert_
Greg T Schubert

_/s/ Gensie Kwame_
Gensie Kwame

CERTIFIACTE OF SERVICE

I, Greg T. Schubert of 1365 Main St. Springfield, MA 01103 hereby certify that I have served a copy of the aforesaid document by telecopier and first class mail postage prepaid upon, Michael D. Chefitz, of Bonner Kieman, Trebach & Crociata, One Liberty Square, Boston, MA 02109 as required on this the 28th day of July, 2005.

_/s/ Greg T. Schubert_
Greg T Schubert