UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

```
************************
JENETA KELLY,                    *
By her Guardian and next Friend, *
GENSIE KWAME,                    *   CIVIL ACTION
                                 *   NO. 05-30091-KPN
        Plaintiff,               *
                                 *
v.                               *
                                 *
DAYTONA FUN PARK                 *
G & R GO CART and                *
RUSTY BERTHOLET,                 *
                                 *
        Defendants.              *
************************
```

## Rule 16.1 CERTIFICATION

Pursuant to Local Rule 16.1(D)(3), the undersigned, Michael D. Chefitz, counsel for defendants, and Antoinette Singleton, the claims representative responsible for handling this matter for the defendants' liability insurer, Great American E&S Insurance Company, hereby affirm that they have conferred: (a) with a view to establishing a budget for the costs of conducting the full course – and various alternative courses – of the litigation; and (b) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in LR 16.4.

_____
Michael D. Chefitz

_____
Antoinette Singleton

Defendants,

by their attorneys,

_____
Michael D. Chefitz
BBO #544437
Bonner Kiernan Trebach & Crociata, LLP
One Liberty Square
Boston, Massachusetts 02109
(617) 426-3900
        -0380 (fax)

## CERTIFICATE OF SERVICE

I, Michael D. Chefitz, hereby certify that I have this 27th day of July, 2005, served a copy of the aforesaid Answer and Jury Claim by telecopier and mail upon Greg Schubert, Esq., (413) 746-3102, 1365 Main Street, Springfield, Massachusetts 01103.

_____
Michael D. Chefitz