UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENETA KELLY, By Her Guardian and )
next Friend, GENSIE KWAME,        )
                        Plaintiff    )
                                    )
         v.                    )    Civil Action No. 05-30091-KPN
                                    )
DAYTONA FUN PARK G & R GO         )
CART and RUSTY BERTHOLET,         )
                        Defendants   )

## SCHEDULING ORDER
August 9, 2005

NEIMAN, U.S.M.J.

The following schedule was established at the initial scheduling conference on August 8, 2005:

1. All non-expert discovery, including depositions, shall be completed by January 31, 2006.

2. Counsel shall appear for a case management conference on February 1, 2006, at 11:30 a.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by February 28, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by March 31, 2006.

5. All expert depositions shall be completed by April 28, 2006.

IT IS SO ORDERED.

                                                  /s/ Kenneth P. Neiman
                                                  KENNETH P. NEIMAN
                                                  U.S. Magistrate Judge