AO458 (Rev. 5/85) Appearance

# UNITED STATES DISTRICT COURT

_____ DISTRICT OF _____

*LIMITED*
APPEARANCE

Case Number: 05-30091-KPN

To the Clerk of this court and all parties of record:

Enter my *limited* appearance as counsel in this case for *the Plaintiff, for purposes of the case management hearing/conference.*

Date: 2/1/06

Signature: *[signed]*

Print Name: William J. Pudlo

Address: P.O. Box 676

City: West Springfield   State: Mass   Zip Code: 01090

Phone Number: 413-739-4000