UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENETA KELLY, By Her Guardian and )
next Friend, GENSIE KWAME, )
                    Plaintiff )
                   )
    v. )   Civil Action No. 05-30091-KPN
                   )
                   )
DAYTONA FUN PARK G & R GO )
CART and RUSTY BERTHOLET, )
                    Defendants )

REVISED SCHEDULING ORDER
February 1, 2006

NEIMAN, U.S.M.J.

The following revised schedule was established at the case management conference this day:

1. All non-expert discovery, including depositions, shall be completed by April 14, 2006.

2. Counsel shall appear for a case management conference on April 18, 2006, at 10:30 a.m. in Courtroom Three.

3. Plaintiff shall designate and disclose information regarding her trial experts as required by FED. R. CIV. P. 26(a)(2) by May 19, 2006.

4. Defendants shall designate and disclose information regarding their trial experts as required by FED. R. CIV. P. 26(a)(2) by June 19, 2006.

5. All expert depositions shall be completed by July 31, 2006.

IT IS SO ORDERED.

                                        /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        U.S. Magistrate Judge

Case 3:05-cv-30091-KPN    Document 13    Filed 02/01/2006    Page 2 of 2