UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

JENETA KELLY, By her Guardian and    )
next Friend, GENSIE KWAME,           )
                        Plaintiff    )
                                     )
        v.                           )        Civil Action No.  05-30091-KPN
                                     )
                                     )
DAYTONA FUN PARK G & R GO            )
CART and RUSTY BERTHOLET,            )
                        Defendants   )

FURTHER SCHEDULING ORDER
May 17, 2006

NEIMAN, C.M.J.

The following schedule was established at the case management conference

this day:

1.      Defendants shall file their dispositive motion by August 18, 2006, or

        inform the court in writing by that date that no such motion will be filed.

2.      Plaintiff's opposition to the motion for summary judgment, if any, shall be

        filed by September 1, 2006.

3.      Trial shall commence on November 13, 2006, at 9:00 a.m.

4.      The parties shall appear for a final pretrial conference on November 6,

        2006, at 2:00 p.m. in Courtroom Three.  Pre-trial memoranda shall be

        prepared in accordance with the provisions of Local Rule 16.5(d) and the

        Procedural Order entered this date.

IT IS SO ORDERED.

                                         /s/ Kenneth P. Neiman
                                        KENNETH P. NEIMAN
                                        Chief Magistrate Judge