UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JENETA KELLY, )<br>   Plaintiff ) | |
| v. ) | Civil Action No. 05-30091-KPN |
| DAYTONA FUN PARK, et al., )<br>   Defendants ) | |

SETTLEMENT ORDER OF DISMISSAL
October 11, 2006

 The court, having been advised on October 11, 2006, that the above-entitled action has been settled;

 IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

          By the Court,

          /s/ Bethaney A. Healy
          Bethaney A. Healy
          Deputy Clerk